980 So.2d 683 (2008)
STATE ex rel. Gerald COLEMAN
v.
STATE of Louisiana.
No. 2007-KH-1647.
Supreme Court of Louisiana.
May 9, 2008.
In re Coleman, Frank Gerald;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Calcasieu, 14th Judicial District Court Div. E, No. 6903-97; to the Court of Appeal, Third Circuit, No. KA07-479.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; *684 State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.